**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.

UNITED STATES OF AMERICA,

    Petitioner,

v.

TAMARA JACKSON, President,
HIGH COUNTRY ELECTRIC SERVICE,

    Respondent.

_____

**DECLARATION OF REVENUE OFFICER CHAD M. WESTON**
_____

Chad M. Weston, on behalf of Petitioner United States of America, hereby declares:

1.    I am a duly commissioned Revenue Officer employed by the Internal Revenue Service's Small Business/Self-Employed Division, Area 6, located at 56 Inverness Drive East, Englewood, Colorado 80112.

2.    In my capacity as a Revenue Officer, I am conducting an investigation into the determination of tax liability for Tamara Jackson, President, High Country Electric Service, (hereafter "Respondent") for the calendar years ending December 31, 2007 and December 31, 2008.

3.    In furtherance of the above investigation and in accordance with 26 U.S.C.

Exhibit 1

§ 7602, on March 8, 2010, I issued an administrative summons, Internal Revenue Service Form 2039, to Respondent, to produce for examination books, papers, records, or other data as described in said summons. The summons issued to Respondent has been attached to the Petition to Enforce Internal Revenue Service Summons as Exhibit 2.

4. On March 12, 2010, in accordance with 26 U.S.C. § 7603, I served an attested copy of the summons described in Paragraph (3) above on Respondent by handing a copy of the summons to Tamara Jackson, President, High Country Electric Service, as evidenced in the certificate of service found on the second page of the summons.

5. On March 23, 2010, Respondent did not appear or produce documents in response to the summons. Respondent's refusal to comply with the summons continues to the date of this declaration.

6. The Internal Revenue Service has taken all administrative steps required by the Internal Revenue Code for issuance of a summons.

7. The books, papers, records, or other data sought by the summons are not already in the possession of the Internal Revenue Service.

8. It is necessary to examine the books, papers, records, or other data sought by the summons in order to determine the federal tax liability of Respondent for the calendar years ending December 31, 2007 and December 31, 2008.

9. No Justice Department referral is in effect within the meaning of 26 U.S.C. § 7602(d) with respect to Respondent for the tax periods for which the testimony and

Exhibit 1

documents are sought.

Pursuant to the provisions of 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing 3 pages are true and correct to the best of my information, knowledge, and belief.

Executed this 23rd day of September, 2010.

*s/ Chad M. Weston*
CHAD M. WESTON
Revenue Officer
Internal Revenue Service

Exhibit 1