# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

## COURTROOM MINUTES

Courtroom Deputy: Kathy Preuitt-Parks        Date: November 12, 2010
Court Reporter: Janet Coppock                Time: 06 minutes

**CASE NO. 10-cv-02350-PAB**

<u>Parties</u>                                       <u>Counsel</u>

**UNITED STATES OF AMERICA,**                    Amanda Rocque
                                                  IRS Agent Chad Weston
      Plaintiff (s),

vs.

**TAMARA JACKSON,**                              Pro Se

      Defendant (s).


## SHOW CAUSE HEARING

**1:04 a.m.     COURT IN SESSION**

APPEARANCES OF COUNSEL for the plaintiff.  Defendant is present without counsel.

Defendant has not responded to the Court's Show Cause Order.

Discussion as to when the defendant can comply with the Internal Revenue Services summons.

Ms. Rocque advises that discussions with the defendant indicate that the defendant has hired an accountant and will be able to provide the requested documents to the Internal Revenue Service by January 15, 2011.

Page Two
10-cv-02350-PAB
November 12, 2010

Ms. Rocque further advises that that date is acceptable to the Internal Revenue Service.

Court will add the date of January 15, 2011 to the proposed order and sign it.

Record should reflect that a copy of the signed order was handed to the defendant in open Court.

Ms. Jackson acknowledges receipt of the order.

**11:10 a.m.    COURT IN RECESS**

**Total in court time:         06 minutes**

**Hearing concluded**